NUMBER 13-03-065-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


FINANCIAL REVIEW SERVICES, INC. , Appellant,



v.




PRUDENTIAL INSURANCE COMPANY OF AMERICA , Appellee.

____________________________________________________________________


On appeal from the 280th District Court

of Harris County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Rodriguez and Castillo

Opinion Per Curiam



 Appellant, FINANCIAL REVIEW SERVICES, INC. , perfected an appeal from a judgment entered by the
280th District Court of Harris County, Texas, in cause number 93-47754 . After the clerk's record was filed,
the parties filed an agreed motion to dismiss the appeal. In the motion, the parties state that this case has been
resolved. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the
opinion that the motion should be granted. The agreed motion to dismiss is granted, and the appeal is hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 8th day of May, 2003 .